**Skip Adams TAYLOR, a/k/a George William Adams, Plaintiff–Appellant,**

v.

George HINKLE, Warden, Augusta Correctional Center; Steve Hollar, Warden, Augusta Correctional Center; T.T. Redman, Security, Augusta Correctional Center; Tracy Lawhorn, Counselor Senior, Augusta Correctional Center; Correctional Officer

Peters, Hearings Officer, Augusta Correctional Center; P. Massie, Captain, Shift Commander, Augusta Correctional Center; Captain Santiago, Shift Commander, Augusta Correctional Center; Lieutenant Beyers, Assistant Shift Commander, Augusta Correctional Center; Sergeant Sampson, Building Supervisor, Augusta Correctional Center; Sergeant Crawford, Supervisor, Isolation Unit, Augusta Correctional Center; Sergeant Wimbley, Building Supervisor, Augusta Correctional Center; Correctional Officer Morani, Augusta Correctional Center; Correctional Officer Walvs, Augusta Correctional Center; Correctional Officer Tucker; E. Carter, Correctional Officer, Augusta Correctional Center; Correctional Officer Pittman, Augusta Correctional Center; Correctional Officer Hunt, Augusta Correctional Center; J. Mausy, Correctional Center, Augusta Correctional Center, Defendants–Appellees.

No. 02–6911.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 6, 2002.

Skip Adams Taylor, Appellant Pro Se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Skip Adams Taylor, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. .§ 1915A (2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Taylor v. Hinkle,* No. CA–02–6907 (W.D.Va. May 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*